```
 1  MARTHA E. ROMERO, State Bar No. 128144
    ROMERO LAW FIRM
 2  BMR Professional Building
    6516 Bright Avenue
 3  Whittier, California 90601
    (562) 907-6800
 4  (562) 907-6820 Facsimile
    Email: Romero@mromerolawfirm.com
 5
    Attorneys for SECURED CREDITOR
 6  COUNTY OF RIVERSIDE, CALIFORNIA
    A CALIFORNIA TAXING AUTHORITY
 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 10-16816 CB |
| ) | |
| ANDREW PATRICK TABAG & ) | Chapter 13 |
| TRINIDAD BOLANTE TABAG, ) | |
| ) | **NOTICE OF APPEARANCE BY** |
| Debtor(s). ) | **COUNTY OF RIVERSIDE,** |
| ) | **CALIFORNIA** |
| ) | |
| ) | |
| ) | Confirmation Hearing |
| ) | Date: April 22, 2010 |
| ) | Time: 1:30 p.m. |
| ) | Ctrm: 303 |

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of: RIVERSIDE COUNTY, A CALIFORNIA TAXING AUTHORITY. Riverside is a secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed chapter 13 plans that have been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to Bankruptcy

1

Rules 2002(a) and (b) and/or local court rules.

Copies should be mailed to the secured creditor in care of the undersigned at the address set forth below.

        Martha E. Romero
        ROMERO LAW FIRM
        BMR Professional Building
        6516 Bright Ave.
        Whittier, California 90601
        Email: Romero@mromerolawfirm.com

        Respectfully submitted

Dated: April 12, 2010        ROMERO LAW FIRM

        By___/s/Martha E. Romero_____
        MARTHA E. ROMERO
        Attorney for Secured Creditor
        County of Riverside, CA
        A California Taxing Authority