ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA  92501
(951) 826-8000

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: ) | Chapter 13 |
| ) | Case No.  **6:10-bk-16816-CB** |
| **ANDREW PATRICK TABAG** ) | |
| ) | **TRUSTEE'S REPORT** |
| ) | |
| **TRINIDAD BOLANTE TABAG** ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is **$0.00** per month.

Spouse/other net income is **$10,515.00** per month.

Debtor's Budget shows **$2,645.00** disposable income.

Debtor proposed to pay **$2,645.00** per month into the Plan.

Estimated number of months to complete: **60** months.

This Plan will pay **10.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

Pursuant to 11 U.S.C. §1302, the Chapter 13 Trustee has investigated the acts, conduct, assets, liabilities, and financial affairs of the debtor.  The investigation has led to the following conclusions: (1) the debtor is engaged in business as defined under 11 U.S.C. §1304(c); (2) the financial affairs of the debtor appear viable; and (3) the Chapter 13 Trustee has not found any facts pertaining to fraud. [11 U.S.C. §1106(a)(4)(A)].

**THE FRANCHISE TAX BOARD SHALL BE PAID $50.00 PER MONTH FOR 60 MONTHS ON ITS PRIORITY CLAIM OF $2,903.00. THE INTERNAL REVENUE SERVICE SHALL BE PAID $868.01 PER MONTH FOR 60 MONTHS ON ITS PRIORITY CLAIM OF $52,080.87. AMERICREDIT SHALL BE PAID $580.34 PER MONTH ON ITS SECURED CLAIM OF $31,129.16. THE DEBTOR SHALL SURRENDER ANY AND ALL INTEREST IN THE 2000 MERCEDES TO AMERICREDIT.DEBTOR(S) PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTOR(S) RESERVES THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Date:  April 28, 2010

_____
Rod Danielson, Chapter 13 Trustee